FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1069

JUDGE HART
MAGISTRATE JUDGE ASHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YRC LOGISTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| MILAN EXPRESS, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

Now comes YRC Logistics, Inc. ("YRC"), by its undersigned attorneys, and complains of Defendant, Milan Express, Inc. ("Milan"), as follows:

1. This is an action under the Carmack Amendment, 49 U.S.C. § 14706, for loss or damage to property transported in interstate commerce by Milan.

2. YRC is successor to Meridian IQ ("Meridian"), a logistics company that, during 2006, did business in Bolingbrook, Illinois.

3. Milan is a motor carrier transporting freight in interstate commerce. Milan's registered agent for service of process in the State of Illinois is Anthony L. Young, 100 East Huron Street, Suite 2004, Chicago, IL 60611.

4. As a logistics provider, Meridian arranged for transportation services for Samsung Electronics ("Samsung") and is the assignee of the claim of Samsung set forth in this complaint.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1337(b).

6. Venue in this Court is proper because:

a. The shipment at issue originated at Bolingbrook, Illinois, within the judicial district of the United States District Court for the Northern District of Illinois;

b. Milan was the originating and delivering carrier of the subject shipment; and

c. Milan operates as a motor carrier in and through the judicial district of the United States District Court for the Northern District of Illinois.

7. On July 21, 2006, Milan received twenty pieces of freight—boxes containing widescreen televisions—in good order and condition from Samsung at Bolingbrook, Illinois, for transportation to Sam's Distribution Center, Villa Rica, Georgia.

8. On July 21, 2006, Milan issued and signed a straight bill of lading referencing number 0008-1799040 for the property described above. A copy of the straight bill of lading is attached to this complaint as Exhibit A.

9. Milan also issued its original freight bill, 008-1799040, identifying transportation charges for transportation of twenty pieces, described as TVs, received at Bolingbrook, Illinois, on July 21, 2006, for transportation to Sam's Distribution Center, Villa Rica, Georgia. A copy of the original freight bill issued by Milan is attached to this complaint as Exhibit B.

10. On August 22, 2006, Milan tendered delivery of only four of the twenty units listed on the bill of lading (Exhibit A) and in the Milan freight bill (Exhibit B).

11. Milan failed to deliver the remaining sixteen pieces described in its bill of lading and its original freight bill.

-3-

12. The invoice value of the sixteen pieces received by Milan for transportation to Sam's Distribution Center under a single bill of lading (see Exhibit A), but not delivered by it, totals $21,360.

13. On September 12, 2006, Meridian, on behalf of Samsung, filed a claim with Milan for damages resulting from the loss or nondelivery of the sixteen pieces which Milan received but did not deliver to Sam's Distribution Center, including freight charges of $273.27 which Milan invoiced and which Meridian paid under Milan's freight bill number 008-1799040.

14. Milan declined that claim on October 11, 2006, and again on December 17, 2006.

15. YRC paid Samsung for the loss identified in the claim filed against Milan.

WHEREFORE, YRC Logistics, Inc., as successor to Meridian IQ, assignee of Samsung Electronics, Inc., prays that judgment be entered against Defendant, Milan Express, Inc., in the amount of $21,633.27.

        Respectfully submitted,

        YRC LOGISTICS, INC.

        By: s/Bruce C. Spitzer
            Bruce C. Spitzer
            Metge, Spitzer & Kreid
            30 West Monroe Street, Suite 630
            Chicago, Illinois 60603
            (312) 580-1710
            ARDC No. 2691604

| | | Samsung Electronics America, Inc. | | DATE: SHIPPER 07/21/2006 |
|---|---|---|---|---|
| | | DC Shipping Pt(USCB:Chicago) SAMSUNG ELECTRONICS AMERICA c/o MIQ 1000 Veterans Pkwy Unit A Bolingbrook, IL 60440 SEAL NO: | | RELEASE NO 648974 CUSTOMER PO NO 6499639602 |

CONSIGNEE AND DESTINATION: SAMS DISTRIBUTION CENTER 6499
770-459-1700
140 North Fleet Drive
Villa Rica, GA 30180
PRO# 01799040

FREIGHT CHARGE
If charges are to be prepaid, write or stamp here, "To Be Prepaid."

MERIDIAN EXPRESS

| QUANTITY | ITEM CODE | DESCRIPTION | FREIGHT CLASS | WEIGHT |
|---|---|---|---|---|
| 20 | SPS4223X/XAA | B/L# 0081798867 PO# 6499639602 SP-S4223,D75A,42,PDP-TV,UNITED STATES 651279229 | | 1780 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SAMSUNG ELECTRONICS AMERICA, INC.
(Signature of Consignor)

Received $ _____ to apply in prepayment of the charges on the property described hereon.

(Agent or Cashier)

Per _____
(The signature here acknowledges only the amount prepaid)

Do Not Deliver After: 20060728
Ship Not Before    : 20060719
Ship No Later      : 20060721
Must Deliver By    -
For damages, shortages or refusals contact:

Charges Advanced $ _____

| PIECES | DESCRIPTION | | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|
| 20 | DRIVER'S COUNT PCS RECEIVED DRIVER'S SIGNATURE CARRIER TRAILER # 55499 MERIDIAN IQ CHECKER MERIDIAN IQ LOADER TIME LOAD COMPLETED | | 1780 | 149.5 | |

C.O.D. CHARGE TO BE PAID BY
SHIPPER ☐
CONSIGNEE ☐

C.O.D. AMT. $ _____

TOTAL PACKAGES 20    TOTAL WEIGHT 1780    149.5

REMIT C.O.D. TO (ADDRESS):

Send PREPAID freight Bill and copy of signed B/L to:
Samsung USA
c/o Meridian IQ
PO Box 769

DELIVER ON: 07/28/06
07/23/06
1 of 1
0000648974

SAMSUNG ELECTRONICS AMERICA, INC.
Shipper

PERMANENT POST-OFFICE ADDRESS OF SHIPPER
"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

EXHIBIT A

```
MILAN   General Offices                    ORIGINAL FREIGHT BILL      www.milanexpress.com
3405    P.O. Box 699  Milan, TN 38358      ORIGINAL
        Tel: (731) 686-7428                82206   Dest. Code      Freight Bill Number
REMIT TO: P.O. BOX 116074  ATLANTA, GA 30368-6074          009              008-1799040

CONSIGNEE  SAMS DC 6499              SHIPPER    SAMSUNG ELECTRONICS
0202434    140 FLEET DRIVE                      1000 VETERANS PARKWAY UNIT A
           SADDLE CREEK              0232062    %MERIDIAN IQ
           VILLA RICA, GA 30180                 BOLINGBROOK, IL 60440         AUG 28 2006
CUSTOMER ORDER NO.  6499639602       S/N,B/L or G.B.L.  0081798867  648974

                                     BILL TO    SAMSUNG USA
                                     0237133    %MERIDIAN IQ
                                                P O BOX 769
                                                GREENWOOD, IN 46142

                                     RECEIVED                AT
TRAILER    DATE    BILL/RATE  ORG  DEST   FROM      DATE          PRO
           072106  CHAB401    CHI  ATL
                                          Routed to                AT
```

| H/U | HM | DESCRIPTION | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | | ************************************************** | | US | 207.11* |
| | | * Please pay this amount... | | | |
| | | ************************************************** | | | |
| 20 | | PIECES SP S4223 D75A 42 PDP TV UNITED STAC85 | 1,780 | 36.49 | 649.52 |
| | | PHN# 770 459 1700 | | | |
| | | NOTIFY CHARGE | | | |
| | | RATED WITH DEFICIT WEIGHT OF | 220 | 36.49 | 80.28 |
| | | 18.25% SAMSUNG/USF LOGISTICS FUEL S | | | 31.96 |
| | | 76.0% discount... | | | 554.65 |
| 20 | | PREPAID TOTALS | 1,780 | | 207.11 |

```
This is your invoice. No other will be sent.    ORIGIN C/L   MLXP   DEST C/L   TERMS      AMOUNT DUE
Pricing incentive / discounts may not apply
If freight charges are not paid within 15 days.                                PREPAID    207.11
```

EXHIBIT B