# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YRC LOGISTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1069 |
| v. ) | |
| ) | Judge Hart |
| MILAN EXPRESS, INC., ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Now comes Plaintiff, YRC Logistics, Inc. ("YRC"), by its undersigned attorneys, and hereby dismisses this action with prejudice, all matters in controversy identified in Plaintiff's complaint having been settled by the parties.

No adverse party has filed an appearance, answer, or motion in this matter, and this dismissal is authorized by Fed. R. Civ. Pro. 41(a)(1)(i).

Respectfully submitted,

YRC LOGISTICS, INC.

By: s/Bruce C. Spitzer
Bruce C. Spitzer
Metge, Spitzer & Kreid
30 West Monroe Street, Suite 630
Chicago, Illinois 60603
(312) 580-1710
ARDC No. 2691604

Z:\yrc\milan\stip dismiss.wpd