Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1069 | **DATE** | 5/8/2008 |
| **CASE TITLE** | YRC Logistics, Inc. Vs. Milan Express, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 5/14/2008 is stricken.  This case is dismissed with prejudice, all matters in controversy having been settled by the parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|